**FILED**

02/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0456

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0456

IN THE MATTER OF THE ESTATE OF

HORATIO W. BURNS,

Deceased.

**ORDER GRANTING
EXTENSION OF TIME
FOR COURT REPORTER
TO FILE TRANSCRIPTS**

Pursuant to Appellant's Motion for an Extension of Time for Court Reporter to Transmit Record, pursuant to Rule 9(4) of the Montana Rules of Appellate Procedure, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Court Reporter shall have to and until April 17, 2023, in which to file the transcripts in the above matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2023